United States Bankruptcy Court

Southern District of Georgia

In re:                                                                                                        Case No. 22-10162-SDB

Karrieon S. Marshall                                                                                   Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113J-1                                                User: admin                                                      Page 1 of 2

Date Rcvd: Jun 24, 2022                                   Form ID: 318                                      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karrieon S. Marshall, 2310 Travis Road, Augusta, GA 30906-8944 |
| cr | + | 1st Franklin Financial, P O Box 188, Newnan, GA 30264-0188 |
| 7677088 | | 1st Franklin Financial, 2825 Washington Road, Suite M2, Augusta GA 30909-2196 |
| 7677094 | + | Dick's Auto Sales, 3125 Mike Padgett Highway, Augusta GA 30906-3743 |
| 7677096 | + | First Franklin Financial, PO Box 188, Newnan GA 30264-0188 |
| 7677098 | | Nationwide Recovery Center, PO Box 8005, Cleveland TN 37320-8005 |
| 7677102 | | Wright One Paint and Body, 1848 Gordon Highway, Augusta GA 30904 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJEMITCHELLIII | Jun 24 2022 22:28:00 | Joseph E. Mitchell, III, Joseph E. Mitchell III, P.C., P O Box 2504, Augusta, GA 30903-2504 |
| cr | | Email/Text: ktramble@lendmarkfinancial.com | Jun 24 2022 18:24:00 | Lendmark Financial, 2118 Usher Street, Covington, GA 30014 |
| 7677089 | + | Email/Text: EBNProcessing@afni.com | Jun 24 2022 18:24:00 | AFNI, PO Box 3427, Bloomington IL 61702-3427 |
| 7677090 | ^ | MEBN | Jun 24 2022 18:22:46 | ARS Account Resolution, 1643 NW 136th Avenue, Ste. 10, Fort Lauderdale FL 33323-2857 |
| 7677091 | + | EDI: PHINGENESIS | Jun 24 2022 22:28:00 | CB Indigo/GF, PO Box 4499, Beaverton OR 97076-4499 |
| 7677093 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 24 2022 18:24:00 | Credit Acceptance Corporation, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 7677095 | + | Email/Text: bknotice@ercbpo.com | Jun 24 2022 18:24:00 | Enhanced Recovery Co. LLC, 8014 Bayberry Rd, Jacksonville FL 32256-7412 |
| 7677097 | | Email/Text: ktramble@lendmarkfinancial.com | Jun 24 2022 18:24:00 | Lendmark Financial, 2118 Usher Street NW, Covington GA 30014 |
| 7677092 | | Email/Text: smbk@heightsfinance.com | Jun 24 2022 18:24:00 | Covington Credit, 852 Broad Street, Augusta GA 30901 |
| 7677100 | | Email/Text: smbk@heightsfinance.com | Jun 24 2022 18:24:00 | Southern Finance, Southern Management Corp, PO Box 1947, Greenville SC 29602 |
| 7677099 | ^ | MEBN | Jun 24 2022 18:22:50 | Self/Atlantic Capital, 945 E. Paces Ferry Road NE, Atlanta GA 30326-1362 |
| 7677101 | | Email/PDF: bk@worldacceptance.com | Jun 24 2022 18:36:34 | World Finance, PO Box 6429, Greenville SC 29606-6429 |

TOTAL: 12

Case:22-10162-SDB  Doc#:32  Filed:06/26/22  Entered:06/27/22 00:24:34  Page:2 of 4

| | | |
|---|---|---|
| District/off: 113J-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 24, 2022 | Form ID: 318 | Total Noticed: 19 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | SOUTHERN MANAGEMENT, PO BOX 1947, GREENVILLE SC 29602-1947, address filed with court:, Southern Finance, Southern Management Corp., P O Box 1947, Greenville, SC 29602 |
| cr | *P++ | SOUTHERN MANAGEMENT, PO BOX 1947, GREENVILLE SC 29602-1947, address filed with court:, Covington Credit, 852 Broad St, Augusta, GA 30901 |
| cr | *+ | World Finance, PO Box 6429, Greenville, SC 29606-6429 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2022         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joseph E. Mitchell, III | mitchellje@bellsouth.net  jemitchell@ecf.axosfs.com;notices.jempc@gmail.com;jemiiipc@gmail.com |
| Office of the U. S. Trustee | Ustpregion21.sv.ecf@usdoj.gov |
| Zane P. Leiden | on behalf of Debtor Karrieon S. Marshall courtinfo@leidenandleiden.com  leidenzr93120@notify.bestcase.com |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Karrieon S. Marshall<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0362<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   __–_____ |
| United States Bankruptcy Court | Southern District of Georgia | |
| Case number: | 22–10162–SDB | |

# Order of Discharge                                                                                           12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

                Karrieon S. Marshall



Susan D. Barrett
United States Bankruptcy Judge
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: 6/24/22

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                                     **Order of Discharge**                                     page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

**Because no party in interest filed a request for an order of dismissal pursuant to 11 U.S.C. § 521(i)(2), the Debtor(s) was not required to file any further document pursuant to §521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under §521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor(s) supply further information described in § 521(a)(1)(B), and this does not prevent the United States Trustee or Chapter 7 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information.**